THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOHN J. FINN, Appellant.

(Submitted May 29, 1934; decided July 3, 1934.)

*Irving A. Cook, Daniel H. Prior* and *Benjamin W. Moore* for appellant.

*Frank H. Coyne, District Attorney* (*William F. Horan* and *Thomas D. Scoble, Jr.*, of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.